**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRANCE JAMES EARL, | ) NO. EDCV 07-00661-ABC (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| VICTOR ALMAGER, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: Sept. 8, 2009.

*Audrey B. Collins*

AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE